In re:                                                                                          Case No. 24-10043-jps

Athersys, Inc.                                                                              Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1                            User: jlund                                Page 1 of 2

Date Rcvd: Mar 05, 2024              Form ID: pdf985                     Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Athersys, Inc., 1625 Rockwell Avenue, Cleveland, OH 44114-2030 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Mar 05 2024 20:58:00 | United States Trustee, Office of the U.S. Trustee, H.M. Metzenbaum U.S. Courthouse, 201 Superior Avenue East Suite 441, Cleveland, OH 44114-1234 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2024                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beverly Weiss Manne | |
| | on behalf of Creditor Fisher Bioservices  Inc. bmanne@tuckerlaw.com |
| Christopher B. Wick | |
| | on behalf of Creditor Healios K.K. cwick@hahnlaw.com  cmbeitel@hahnlaw.com |
| David M. Neumann | |
| | on behalf of Creditor Season's Business Center 4  LLC dneumann@meyersroman.com, |

docket@meyersroman.com;mnowak@meyersroman.com

Jeremy V Farrell

on behalf of Creditor Fisher Bioservices  Inc. jfarrell@tuckerlaw.com, mthomas@tuckerlaw.com

Kate M. Bradley ust44

on behalf of U.S. Trustee United States Trustee kate.m.bradley@usdoj.gov

Maria Carr

on behalf of Debtor Athersys  Inc. mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Michael J. Kaczka

on behalf of Debtor Athersys  Inc. mkaczka@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Nicholas M. Miller

on behalf of Debtor Athersys  Inc. nmiller@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Robert C. Folland

on behalf of Creditor Labcorp Early Development Laboratories Ltd. rob.folland@btlaw.com
rcfolland@gmail.com;kskamfer@btlaw.com

Robert C. Folland

on behalf of Creditor Labcorp Early Development Laboratories Inc. rob.folland@btlaw.com
rcfolland@gmail.com;kskamfer@btlaw.com

Scott N. Opincar

on behalf of Debtor Athersys  Inc. sopincar@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

Stuart A. Laven

on behalf of Creditor Lonza Houston  Inc. salaven@ubglaw.com


TOTAL: 12

**IT IS SO ORDERED.**

**Dated:  5 March, 2024 10:19 AM**



**CHIEF JUDGE JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY COURT**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.   24-10043 |
|    Athersys, Inc, et al. | ) | |
| | ) | |
| | ) | |
|       Debtor(s). | ) | CHAPTER   11 |
| | ) | |
| | ) | JUDGE   Price Smith |
| | ) | |
| | ) | ORDER GRANTING MOTION TO |
| | ) | REDACT PERSONAL IDENTIFIERS, |
| | ) | WITH REDACTED FILING |

Nicholas M. Miller
_____, (the "Movant"), under penalty of perjury, declares
that the following statements and information are true and correct.

1.    A document appearing on the court's docket report or claims register does not comply with
Fed. R. Bankr. P. 9037, and is in need of redaction of personal identifiers found therein.

2.    The movant has either docketed the event Motion - Redact in ECF and has paid the filing
fee OR has moved for and been granted a waiver of the filing fee.

3.    The following checked statement applies:

       ◉    The document to be redacted is the main document of a filing on the court's docket,

appearing as docket entry number 156 .

◯ The document to be redacted is an attachment to a filing on the court's docket, appearing as attachment number _____ to docket entry number _____.

◯ The document to be redacted is the main document of a proof of claim, appearing on the claims register as claim number _____ - _____.

◯ The document to be redacted is an attachment to a proof of claim, appearing on the claims register as part number _____ of claim number _____ - _____.

4. A redacted document in conformance with Fed. R. Bankr. P. 9037 is appended to this submission, and except for the redaction of personal identifiers is an exact duplicate of the entire document to be redacted.

5. WHEREFORE, Movant requests that the Court issue an Order granting this motion to redact personal identifiers.

Respectfully submitted,

Nicholas M. Miller (0069393)
_____
Movant's Signature (Bar Number if Attorney)

600 Superior Avenue East
Cleveland, Ohio 44114

_____
Movant's Address

216-348-5400
_____
Movant's Phone Number

IT IS, THEREFORE, ORDERED that:

1. The motion is granted.

2. The Clerk shall restrict access to the unredacted document cited above, and attach the redacted document submitted by the movant to the specified docket event or claim number.

# # #

# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  NORTHEN

DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re. REGENESYS BVBA | § | Case No.  24-10047 |
| | § | |
| | § | Lead Case No.  24-10043 |
| Debtor(s) | § | |
| | § | ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 01/31/2024

Petition Date: 01/05/2024

Months Pending: 1

Industry Classification: 5 4 1 7

Reporting Method:          Accrual Basis ⦿          Cash Basis ○

Debtor's Full-Time Employees (current):                              0

Debtor's Full-Time Employees (as of date of order for relief):      0

### Supporting Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒  Statement of cash receipts and disbursements
☒  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒  Statement of operations (profit or loss statement)
☒  Accounts receivable aging
☒  Postpetition liabilities aging
☒  Statement of capital assets
☒  Schedule of payments to professionals
☒  Schedule of payments to insiders
☒  All bank statements and bank reconciliations for the reporting period
☒  Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Kasey Rosado
Signature of Responsible Party

KASEY ROSADO
Printed Name of Responsible Party

02/21/2024
Date

1625 ROCKWELL AVE CLEVELAND OH 44114
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                    1

DocuSign Envelope ID: E9634AA8-E4A2-4CF4-A60E-48133F3D588B

Debtor's Name REGENESYS BVBA                    Case No. 24-10047

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $47,924 | |
| b. Total receipts (net of transfers between accounts) | $27,431 | $27,431 |
| c. Total disbursements (net of transfers between accounts) | $29,858 | $29,858 |
| d. Cash balance end of month (a+b-c) | $45,497 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $29,858 | $29,858 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $0 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. Inventory (Book ◯ Market ◯ Other ◉ (attach explanation)) | $0 | |
| d. Total current assets | $70,882 | |
| e. Total assets | $70,882 | |
| f. Postpetition payables (excluding taxes) | $0 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $0 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $0 | |
| k. Prepetition secured debt | $0 | |
| l. Prepetition priority debt | $0 | |
| m. Prepetition unsecured debt | $758,551 | |
| n. Total liabilities (debt) (j+k+l+m) | $758,551 | |
| o. Ending equity/net worth (e-n) | $-687,668 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $-7,089 | |
| f. Other expenses | $14,158 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $7,069 | $7,070 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name REGENESYS BVBA          Case No. 24-10047

| Part 5: Professional Fees and Expenses | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name REGENESYS BVBA                    Case No. 24-10047

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name REGENESYS BVBA                                    Case No. 24-10047

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxviii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name REGENESYS BVBA

Case No. 24-10047

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name REGENESYS BVBA                    Case No.  24-10047

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  REGENESYS BVBA                                    Case No.  24-10047

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ⦿  No ○ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ⦿  No ○  N/A ○ |
| i. | Do you have:          Worker's compensation insurance? | Yes ○  No ⦿ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ⦿  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ⦿ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ⦿  (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ⦿ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ⦿  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿  No ○ |

Debtor's Name REGENESYS BVBA                      Case No. 24-10047

| Part 8: Individual Chapter 11 Debtors (Only) |
|---|

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Kasey Rosado                                  KASEY ROSADO
Signature of Responsible Party                    Printed Name of Responsible Party

INTERIM CHEIF FINANCIAL OFFICER                   02/21/2024
Title                                             Date

DocuSign Envelope ID: E9634AA8-E4A2-4CF4-A60E-48133F3D588B

Debtor's Name  REGENESYS BVBA                    Case No.  24-10047



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

DocuSign Envelope ID: E9634AA8-E4A2-4CF4-A60E-48133F3D588B

Debtor's Name REGENESYS BVBA                    Case No. 24-10047



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

DocuSign Envelope ID: E9634AA8-E4A2-4CF4-A60E-48133F3D588B

Debtor's Name REGENESYS BVBA

Case No. 24-10047



PageThree



PageFour



**KBC Company Account**
from 01-01-2024 until 31-01-2024

IBAN BE2... .... .... .... EUR
BIC KREDBEBB

## REGENESYS BV

| no | date | description | value date | amount |
|----|------|-------------|------------|--------|
| | | Balance on 01-01-2024 at 00:00 | | 0,70 - |
| 001 | 03-01-2024 | **CROSS-BORDER TRANSFER** UNDER USUAL RESERVE | 03-01 | 300,00 + |
| | | SEE ANNEX | | |
| 001 | 03-01-2024 | **CHARGE 01-01-2023 - 31-12-2023** KBC CORPORATE ACCOUNT PART SUBJECT TO VAT : 4,50 PART FREE OF VAT : 167,62 INVOICE FOLLOWS | 29-12 | 172,12 - |
| 001 | 03-01-2024 | **SENDING MONEY TO** ... BENEFICIARY'S BANK: KREDBEBBXXX REGENESYS EU NV SENT ON 03-01-2024 WITH KBC BUSINESS DASHBOARD | 03-01 | 65,00 - |
| 001 | 03-01-2024 | **SUBSCRIPTION** KBC BUSINESS DASHBOARD C10-4204674-04 FROM 01-01-2024 TO 31-03-2024 CUSTOMER NO.: 8953473 INVOICE FOLLOWS | 02-01 | 45,38 - |
| 002 | 05-01-2024 | **CROSS-BORDER TRANSFER** UNDER USUAL RESERVE REFERENCE 00352034005001C9 SEE ANNEX | 05-01 | 50 000,00 + |
| 002 | 05-01-2024 | **SENDING MONEY TO** ... BENEFICIARY'S BANK: KREDBEBBXXX REGENESYS EU NV SENT ON 05-01-2024 WITH KBC BUSINESS DASHBOARD | 05-01 | 5 000,00 - |
| 003 | 10-01-2024 | **SENDING MONEY TO** ... BENEFICIARY'S BANK: KREDBEBBXXX REGENESYS EU NV SENT ON 10-01-2024 WITH KBC BUSINESS DASHBOARD | 10-01 | 700,00 - |
| 003 | 10-01-2024 | **SENDING MONEY TO** ... BENEFICIARY'S BANK: KREDBEBB CYNEX2 243116057205 FILE REFERENCE 0106911 TRANS. REFERENCE 10642 SENT ON 10-01-2024 WITH KBC-ONLINE FOR BUSINESS | 10-01 | 1 873,70 - |



**KBC**

**KBC Company Account**
**from 01-01-2024 until 31-01-2024**

┌─────────────────────────────────┐
│                          29 EUR  │
│ BIC KREDBEBB                     │
└─────────────────────────────────┘

**REGENESYS BV**

| no | date | description | value date | amount |
|----|------|-------------|-----------|--------|
| 003 | 10-01-2024 | **SENDING MONEY TO** | 10-01 | 9 075,00 - |
| | | BENEFICIARY'S BANK: KREDBEBB | | |
| | | CYNEX2 | | |
| | | 243116059528 | | |
| | | FILE REFERENCE 0106911 | | |
| | | TRANS. REFERENCE 10689 | | |
| | | SENT ON 10-01-2024 | | |
| | | WITH KBC-ONLINE FOR BUSINESS | | |
| 003 | 10-01-2024 | **SENDING MONEY TO** | 10-01 | 2 176,20 - |
| | | BENEFICIARY'S BANK: KREDBEBB | | |
| | | CYNEX2 | | |
| | | 243116027091 | | |
| | | FILE REFERENCE 0106911 | | |
| | | TRANS. REFERENCE 10619 | | |
| | | SENT ON 10-01-2024 | | |
| | | WITH KBC-ONLINE FOR BUSINESS | | |
| 003 | 10-01-2024 | **SENDING MONEY TO** | 10-01 | 14 492,32 - |
| | | BENEFICIARY'S BANK: GEBABEBB | | |
| | | ERNST + YOUNG BEDRIJFSREVISOREN | | |
| | | 000001711240 | | |
| | | FILE REFERENCE 0106911 | | |
| | | TRANS. REFERENCE 10650 | | |
| | | SENT ON 10-01-2024 | | |
| | | WITH KBC-ONLINE FOR BUSINESS | | |
| 004 | 29-01-2024 | **CREDIT TRANSFER FROM** | 29-01 | 25 357,03 + |
| | | ORDERING BANK: PCHQBEBBXXX | | |
| | | FOD FINANCIEN - INNING | | |
| | | KONING ALBERT II-LAAN 33 | | |
| | | 1030 BRUSSEL | | |
| | | KOHIERARTIKEL 0836618488 | | |
| | | REFERENCE: 75321808 | | |

**Balance on 31-01-2024 at 23:59**          **42 056,61 +**

**This deposit qualifies for deposit protection.**
**Learn more at www.kbc.be/depositguarantee**



**KBC Company Account**
from 01-01-2024 until 31-01-2024

┌─────────────────────────────
│                          _UR
│ BIC KREDBEBB

REGENESYS BV

# Credit advice

```
ACCOUNT NUMBER:          0329              EUR
REF.:         00352034003001A2             03/01/2024
-----------------------------------------------------------
BY ORDER OF:               AMOUNT:         300,00 EUR
4227 616529
ADVANCED BIOTHERAPEUTICS INC
3201 CARNEGIE AVE                CREDIT AMOUNT:
                                           300,00 EUR
CLEVELAND OH US 44115-2634
```

# Credit advice

```
ACCOUNT NUMBER:       _ _000 0329          EUR
REF.:         00352034005001C9             05/01/2024
-----------------------------------------------------------
BY ORDER OF:               AMOUNT:      50.000,00 EUR
4227 616529
ADVANCED BIOTHERAPEUTICS INC
3201 CARNEGIE AVE                CREDIT AMOUNT:
                                        50.000,00 EUR
CLEVELAND OH US 44115-2634
```

| Name | Number | 01 - ABT Holding Co. | 02 - Advanced Biotherapeutics | 03 - Athersys, Inc. | 86 - ReGenesys BVBA |
|---|---|---|---|---|---|
| FBS | 63015 | - | - | - | - |
| Animals | 63020 | - | - | - | - |
| Gases | 63025 | - | - | - | - |
| Consumables | 63030 | - | - | - | - |
| Other Minor Equipment | 63035 | - | - | - | - |
| Sales Tax | 63050 | - | - | - | - |
| Inbound Freight | 63055 | - | - | - | - |
| Use Tax (self assessed) | 63060 | - | - | - | - |
| Sponsored Research | 64005 | - | - | - | - |
| Other Study Costs (pre/non/clinical) | 64010 | - | - | - | - |
| External Testing Costs | 64015 | - | (23,739.67) | - | - |
| Shipping Costs | 64020 | - | 11,500.10 | - | - |
| CNO - Process Development | 64100 | - | - | - | - |
| Clinical Product Manufacturing | 65005 | - | - | 506.67 | - |
| Commercial Product Manufacturing | 65100 | - | - | - | - |
| CRO Direct Costs | 66005 | - | (127,548.81) | - | - |
| CRO Pass-Thru Costs | 66010 | - | 3,884.56 | - | - |
| Clinical Site/Patient Costs | 66015 | - | 9,982.56 | - | - |
| Clinical Supplies | 66020 | - | - | - | - |
| Clinical Study Testing/Analysis/Statistics | 66025 | - | - | - | - |
| Clinical Lab Processing Services | 66030 | - | - | - | - |
| Clinical Trial Insurance | 66035 | - | 15,325.47 | - | - |
| Clinical Supply Storage | 66040 | - | 10,724.39 | - | - |
| Clinical Other | 66090 | - | - | - | - |
| Rent | 70105 | - | - | - | - |
| Electricity | 70110 | - | - | - | - |
| Gas | 70115 | - | (3,129.03) | - | - |
| Water and Sewer | 70120 | - | (4,706.18) | - | - |
| Telephone | 70125 | - | (3,655.74) | - | - |
| Property Management Fees | 70200 | - | 453.04 | - | - |
| Real Estate Tax | 70205 | - | - | - | - |
| Property Admin Fees (Controllable & Non-Controllable) | 70210 | - | (43,330.08) | - | - |
| Common Area Maintenance (Controllable & Non-Controllable) | 70215 | - | - | - | - |
| Repairs | 70305 | - | - | - | - |
| Equipment Maintenance | 70310 | - | - | - | - |
| Equipment & Short-Term Rentals | 70315 | - | - | - | - |
| Cleaning | 70405 | - | - | - | - |
| Waste Removal | 70410 | - | 901.24 | - | - |
| Security Services | 70505 | - | (1,294.64) | - | - |
| Copier Leases | 70605 | - | - | - | - |
| Property Insurance | 70705 | - | 16,573.34 | 354.17 | - |
| Other Facilities | 70905 | - | 1,140.03 | - | 257.47 |
| Facilities Allocated | 70999 | - | - | - | - |
| Bank Fees | 71005 | - | - | - | - |
| Business Development | 71010 | - | - | 39.00 | - |
| Investor & Public Relations | 71110 | - | 25,250.00 | - | - |
| Annual Report | 71130 | - | - | - | - |
| Stock Exchange Fees | 71200 | - | - | - | - |

| Name | Number | 01 - ABT Holding Co. | 02 - Advanced Biotherapeutics | 03 - Athersys, Inc. | 86 - ReGenesys BVBA |
|---|---|---|---|---|---|
| D&O Insurance | 71300 | | 120,105.29 | | |
| Key Man Life Insurance | 71400 | | | | |
| Temporary Employment | 71500 | | | 98,500.00 | |
| Sponsorship Costs | 71600 | | | | |
| IT Service/Support | 71700 | | | | |
| Other Outside Services | 71900 | | 1,319.25 | 1,230.17 | |
| Corporate Legal | 72000 | | 185.00 | 9,091.00 | 238.99 |
| Patent Legal | 72100 | | 306,238.86 | 6,697.00 | |
| Audit Fees | 72200 | | (27,345.80) | | |
| Tax Fees | 72210 | | | | |
| Professional Fees | 72300 | | 53,560.00 | | |
| Search Firm Fees | 72310 | | 380.10 | | |
| Recruiting Costs | 72350 | | | | |
| Consulting Services | 72360 | | 25,000.00 | 100,000.00 | |
| Payroll and Benefits Fees | 72380 | | 13,334.63 | 5,746.67 | |
| License Fees | 72400 | | | | |
| Board Fees and Expenses | 79020 | | | | 6,592.80 |
| Dues & Memberships | 79030 | | | | |
| Ref Materials & Subscriptions | 79040 | | | | |
| Office Supplies | 79050 | | | | |
| Postage & Overnight | 79060 | | | | |
| Charitable Contributions | 79100 | | | | |
| Computer Hardware | 79150 | | | | |
| Computer Software | 79700 | | | | |
| Bad Debt Expense | 79800 | | | | |
| Miscellaneous | 79900 | | | | |
| Franchise & CAT Taxes | 81010 | | | | |
| Depr - Building | 81020 | | | | |
| Depr - Leasehold Improvements | 81030 | | | | |
| Depr - Lab Equipment | 81040 | | 15,438.68 | | |
| Depr - Furniture & Fixtures | 81050 | | | | |
| Depr - Computer Equipment | 81060 | | | | |
| Local Taxes | 82005 | | | | |
| Interest Income | 90105 | (161.33) | | | |
| Interest Expense | 90205 | | | | |
| Gain/Loss on Disposal of Assets | 90305 | | | | |
| Insurance Recoveries | 90405 | | | | |
| Realized Foreign Exchange Gain/Loss | 90410 | | | | (14,158.24) |
| Unrealized Foreign Exchange Gain/Loss | 90421 | | | | |
| Other Tax Credits | 90499 | | | | |
| Other Income | 90599 | | 31.86 | | |
| Other Expense | 90599 | | | | |
| PY Change - Warrants | 90699 | | | | |
| **Account Totals** | | 161.33 | 2,400.00 | 3,991,337.53 | 70,882.20 |
| **Current Assets** | | (0.00) | (0.00) | (0.00) | 0.00 |

| Name | Number | 01 - ABT Holding Co. | 02 - Advanced Biotherapeutics | 03 - Athersys, Inc. | 86 - ReGenesys BVBA |
|---|---|---|---|---|---|
| Other Assets | | - | - | 1,626,005.96 | - |
| Property and Equipment | | 70,882.20 | - | 3,461,382.47 | - |
| Current Assets | | - | 161.33 | 3,991,498.86 | 2,400.00 |
| Total Assets | | 70,882.20 | 161.33 | 9,078,887.29 | 2,400.00 |
| Current Liabilities | | (107,637.68) | (1,650,000.00) | (1,757,837.69) | (24,068,391.65) |
| Long-term Liabilities | | (850,000.00) | (5,198,711.00) | (6,048,711.00) | (11,550,486.96) |
| Total Liabilities | | (957,637.68) | (6,848,711.00) | (7,806,548.69) | (35,618,878.61) |
| Current Assets ABT Holding (Company 01 & 03) | | - | | | |
| Other Assets ABT Holding (Company 01 & 03) | | - | | | |
| Property and Equipment ABT Holding (Company 01 & 03) | | - | | | |
| Total Assets ABT Holding (Company 01 & 03) | | - | | | |
| Current Liabilities ABT Holding (Company 01 & 03) | | (758,550.54) | | | |
| Long-term Liabilities ABT Holding (Company 01 & 03) | | - | | | |
| Total Liabilities ABT Holding (Company 01 & 03) | | (758,550.54) | | | |
| Revenue | | - | - | 481,256.78 | 7,089.26 |
| G&A | | - | - | 221,658.01 | 221,658.01 |
| Selling Expense | | - | 221,658.01 | - | - |
| Other | | - | - | 31.86 | (14,158.24) |
| Depreciation | | - | - | 15,438.68 | - |
| Taxes | | - | - | - | - |
| Interest | | - | (161.33) | 496,727.32 | - |
| Net Loss | | - | (161.33) | 221,658.01 | (7,068.98) |
| Revenue ABT Holding (Company 01 & 03) | | 221,658.01 | | | |
| G&A ABT Holding (Company 01 & 03) | | - | | | |
| Selling Expense ABT Holding (Company 01 & 03) | | - | | | |
| Other ABT Holding (Company 01 & 03) | | - | | | |
| Depreciation ABT Holding (Company 01 & 03) | | - | | | |
| Taxes ABT Holding (Company 01 & 03) | | - | | | |
| Interest ABT Holding (Company 01 & 03) | | (161.33) | | | |
| Net Loss ABT Holding (Company 01 & 03) | | 221,496.68 | | | |